IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SEAN CAREY LYNN, <br> TDCJ No. 01496095, <br><br> PREVIOUS TDCJ Nos. <br> 00569776, <br> 00687955, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SMITH, et al., <br><br> Defendants. | Civil Action No. 7:17-CV-00054-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS THEREFORE ORDERED that this case is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g). *See Adepegba v. Hammons*, 103 F.3d 383, 388 (5th Cir. 1996). This dismissal is without prejudice to Plaintiff's right to reopen the case if he pays the $400.00 filing and administrative fees and files a motion to reopen within thirty days of the date of this Order.

SIGNED this 20 day of June, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE